**Order entered February 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00977-CR

### GERARDO GOMEZ-MACIEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-32880-M**

## ORDER

On January 30, 2015, this Court ordered court reporter Sharina Fowler to file aa corrected Volume 7 of the reporter's record that contains clear copies of the photograph exhibits by 4:00 p.m. on February 5, 2015. We warned Ms. Fowler that failure to comply would result in this Court ordered that she not sit as a court reporter until the corrected volume is filed. To date, Ms. Fowler has neither filed the corrected volume containing clear copies of the photographic exhibits nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** court reporter Sharina Fowler to file by **4:00 p.m. on TUESDAY, FEBRUARY 17, 2015**, a corrected volume 7 that contains clear copies of the photographs. We further order that Sharina Fowler not sit as a court reporter until she has filed a corrected Volume 7 in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Sharina Fowler, deputy official court reporter, 194th Judicial District Court; the Dallas County Auditor; and to counsel for all parties.

/s/ ADA BROWN
   JUSTICE